154 A.3d 696

ALLINZON L. APONTE & MIGUEL APONTE, PLAINTIFFS-PETITIONERS, v. HARRY K. PATEL, DEFENDANT-RESPONDENT.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-0-04486-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.